**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| IN RE:<br>Jacqueline Danita Edwards<br>Debtor, | |
| Camille Hope, Trustee,<br>    Plaintiff,<br>            vs. | CASE NO: 16-30457-JPS |
| Just For Fun Auto Sales<br>    Defendant. | ADVERSARY NO. |

## COMPLAINT TO AVOID PREFERENTIAL TRANSFER

COMES NOW, Camille Hope ("plaintiff"), and respectfully shows as follows:

1.

Defendant, Just for Fun Auto Sales, ("defendant") is subject to the jurisdiction of this Court and this court has jurisdiction over this complaint pursuant to 28 U.S.C. §1334.

2.

Venue is proper in this court pursuant to 28 U.S.C. §1409.

3.

Plaintiff is the duly appointed and acting trustee in the Chapter 13 case of Jacqueline Danita Edwards ("debtor").

4.

This adversary proceeding arises out of and relates to debtor's Chapter 13 case that is docketed in this Court as case number 16-30457-JPS.

5.

This adversary proceeding constitutes a core proceeding under 28 U.S.C. §§157 (b)(2).

6.

On March 16, 2016 debtor granted to defendant a security interest in a 2001 Ford Expedition as reflected on the security agreement attached hereto as Exhibit "A".

7.

On April 18, 2016 more than 30 days after the date of the sale and less than 90 days prior to the date of the filing of the debtor's petition for relief on May 3, 2016, the defendant delivered an MV-1 application for certificate of title to the Commissioner of the Georgia Department of Revenue (the "transfer").  A copy of the title history is hereto attached as Exhibit "B".

8.

The transfer was an interest of the debtor in property.

9.

The transfer was to or for the benefit of a creditor.

10.

The transfer was for or on account of an antecedent debt owed by the debtor before such transfer was made.

11.

The transfer was made while the debtor was insolvent.

12.

The transfer enabled the defendant to receive more than defendant would have received in a Chapter 7 case if the transfer had not been made and the defendant had received payment of its debt to the extent provided for by the provisions of Title 11 of the United States Code.

WHEREFORE, the trustee prays for judgment against defendant:

(1)   avoiding the above described transfer; and designating the claim of Just For Fun Auto Sales, an unsecured debt;

(2)   for all costs of this action;

(3)   If in the event the case is converted to Chapter 7, the defendant will release its lien and surrender the title to the Chapter 7 Trustee if the Chapter 7 Trustee indicates his or her intention to liquidate the collateral and does not abandon the collateral.

(4)  for such other and further relief as this court deems equitable and just.

**DATED: November 16, 2016**

            __/s/ Tony D, Coy_____
            Staff Attorney
            Office of the Chapter 13 Trustee
            P.O. Box 954
            Macon, GA 31202
            (478) 742-8706 ext. 102

This fax was received by Office of the Chapter 13 Trustee fax server.

Case 16-03043    Doc 1    Filed 11/16/16    Entered 11/16/16 16:13:31    Desc Main
Document    Page 4 of 7

EXHIBIT A

| CONTRACT DATE: 3/16/16 | PRECOMPUTED RETAIL INSTALLMENT CONTRACT | FZ-GA-RIC-PCA |
|---|---|---|

| Buyer(s) | Seller |
|---|---|
| JACQUELINE WARD EDWARDS | JUST FOR FUN AUTO SALES |
| Street (Residence) | Street (Business) |
| 162 LOUISE DR | 1841 HWY 11 NW |
| City: MONROE    County: WALTON    State: GA    Zip Code: 30656 | City: MONROE    County: WALTON    State: GA    Zip Code: 30656 |
| Location of Vehicle Street / City if other than Buyer's residence | |

In this contract, "you" and "your" refer to the Buyer or Buyers signing below. "Seller," "we" and "us" refer to the seller shown above. "Holder" is the Seller, or, if this contract has been assigned, the party who has been assigned this contract. "Vehicle" refers to the vehicle described below. "Buyer," "you" and "your" shall include the plural. You promise to pay to the order of the Holder (at its office or at such other place as the Holder may designate and instruct you) the TOTAL OF PAYMENTS (see below) as outlined in the schedule of payments below.

| New/Used | Year | Make | Model No. | Serial No. and/or Motor No. | Mileage | ☒ Personal, Family or Household Use |
|---|---|---|---|---|---|---|
| USED | 2001 | FORD | EXPEDITION 4DR | 1FMPU16L11LA64392 | EXEMPT | ☐ Business Use |

Description of Trade-In(s): N/A

## FEDERAL TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE THE COST OF YOUR CREDIT AS A YEARLY RATE. | FINANCE CHARGE THE DOLLAR AMOUNT THE CREDIT WILL COST YOU. | AMOUNT FINANCED THE AMOUNT OF CREDIT PROVIDED TO YOU OR ON YOUR BEHALF. | TOTAL OF PAYMENTS THE AMOUNT YOU WILL HAVE PAID AFTER YOU HAVE MADE ALL PAYMENTS AS SCHEDULED. | TOTAL SALE PRICE THE TOTAL COST OF YOUR PURCHASE ON CREDIT, INCLUDING YOUR DOWN PAYMENT OF $1,000.00 IS |
|---|---|---|---|---|
| 28.00 % | $ 1,792.78 | $ 5,540.50 | $ 7,533.28 | $ 8,333.28 |

Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 24 | $ 300.00 | MONTHLY beginning April 16, 2016 |
| 1 | $ 133.28 | April 16, 2018 |

Plus 2 deferred down payments of $ 100.00 each, on 3/18/16, 4/18/16

**Late Charge:** If payment is not received in full within 10 days after it is due, you will pay a late charge of $50 or 5% of the payment, whichever is less.
**Prepayment:** If you pay off all or any part of your debt early, you may be entitled to a refund of part of the finance charge.
**Security Interest:** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, our right to accelerate the maturity of this obligation, any required repayment in full before the scheduled date, prepayment refunds and penalties, and our security interest.

**INSURANCE:** CREDIT LIFE INSURANCE AND CREDIT DISABILITY INSURANCE ARE NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE ADDITIONAL COST. WE MAY RETAIN OR RECEIVE A PORTION OF THIS AMOUNT.

| TYPE OF CREDIT INSURANCE | ORIGINAL TERM | COST FOR THE ORIGINAL TERM | CHOICE OF COVERAGE AS SPECIFIED IS ACKNOWLEDGED BY BUYER'S SIGNATURE |
|---|---|---|---|
| ☐ CREDIT LIFE | | N/A | Buyer Signs N/A  Date____  Date of Birth____ |
| ☐ CREDIT DISABILITY | | N/A | Co-Buyer Signs N/A  Date____  Date of Birth____ |

COMPREHENSIVE AND COLLISION INSURANCE IS REQUIRED: You may obtain or provide through an existing policy, or a policy you independently obtain and pay for, the required insurance through any duly licensed agent or broker, subject to our right to refuse to accept an insurer you offer for reasonable cause.
LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT PROVIDED UNDER THIS CONTRACT.

HOW THIS CONTRACT CAN BE CHANGED. This contract and the related documents that you sign contemporaneously with this contract contain the entire agreement between you and us relating to the sale and financing of the motor vehicle. Any change to this contract must be in writing and we must sign it. If any part of this contract is not valid, all other parts stay valid.

Buyer Signs _____    Co-Buyer Signs ____N/A____

### NOTICE TO THE BUYER
Do not sign this contract before you read it or if it contains any blank spaces.
You are entitled to an exact copy of the contract you sign.
This contract consists of 4 pages, be sure to initial pages 2, 3, and 4 as indicated.
Signed, sealed and delivered by the Buyer, who hereby acknowledges receipt of a completed copy of this contract and agrees to its terms.
**THIS CONTRACT CONTAINS AN ARBITRATION CLAUSE ON PAGE 4.**

Buyer Signs X _Jacquiline W. Edwards_ Date 3/16/2016    Co-Buyer Signs X ____N/A____ Date ____

Buyers and Other Owners - A buyer is a person who is responsible for paying the entire debt. An "other owner" is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____ Date _____ Address _____

Seller Signs X _[signature]_ Date 3/16/2016    Printed Name _____ Title _____

**ASSIGNMENT:** By signing below, Seller hereby sells and assigns all right, title and interest in this contract to _____ ("Assignee") in accordance with and under the terms and conditions of a separate agreement between Seller and Assignee.

☐ Assigned with recourse    ☐ Assigned without recourse    ☐ Assigned with limited recourse

Seller _____    By _____    Title _____

Page 1 of 4 (of document 262651)

FZ-GA-RIC-PCA 06/15b    PreComputed Interest Retail Installment Contract    © 2015 Frazer Computing, Inc.

This fax was received by Office of the Chapter 13 Trustee fax server.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**INSURANCE YOU MUST HAVE ON THE VEHICLE.** You must keep the vehicle insured against damage or loss until you have paid all that you owe under this contract. You will provide coverage in the amount of the vehicle's actual cash value less a maximum deductible of $ 500 . You may purchase, or provide through an existing policy, the insurance through anyone you choose who is reasonably acceptable to us. Each policy you get will provide that the insurance company will give us at least 10 days' written notice before the policy is canceled. You must name us as the person to be paid under the policy in the event of damage or loss. If the vehicle is damaged or lost, at our option, we can use the insurance proceeds to replace or repair it or to repay any amounts you owe under this contract.

If you do not obtain and maintain the insurance required by this contract, we will consider this contract in default. We may, at our option, repossess the vehicle or purchase insurance at your expense or pursue any other remedy provided for in this contract. The insurance we purchase may either cover both our interest and your interest or our interest only. Any coverage we buy will not include insurance on liability for bodily injury or property damage, and will not meet the requirement for proof of financial responsibility under Georgia law. The charges for insurance we obtain may be substantially higher than charges you would pay if you bought the insurance you are required by this contract to have on the vehicle yourself. The charge for the insurance will be the premium of the insurance and a finance charge equal to the Annual Percentage Rate shown in this contract or, at our option, the highest rate the law permits.

You will deliver to us an insurance policy meeting the requirements in this paragraph to be issued by

_____
Insurance Company

_____
Agent

If we finance such insurance, the following applies:

Name of Insurer: __N/A__

Term of Insurance: __N/A__

Premium: __N/A__ (include in Item 4 of the Itemization of Amount Financed)

X __N/A__ (Buyer)

X __N/A__ (Co-Buyer)

☐ **VENDOR'S SINGLE INTEREST (VSI) INSURANCE.** If the preceding box is checked, you are required to purchase VSI insurance as part of this sale. VSI Insurance is for the sole protection of the Holder against loss of or damage to the vehicle. You may purchase VSI insurance through any insurance company or agency you choose who is reasonably acceptable to us. If you choose to finance the insurance as part of this contract, you will pay $ __N/A__ for __N/A__ of coverage. The coverage is for the initial term of the contract. Any insurer issuing VSI Insurance waives its rights of subrogation against the Buyer.

## ITEMIZATION OF AMOUNT FINANCED

(1) **CASH PRICE**

| | |
|---|---|
| a. Vehicle (including accessories, delivery and installation charges, if any) | 6,295.00 |
| b. To Seller for Document Preparation Charges (not a government fee) | N/A |
| c. Taxes | 227.50 |
| **CASH PRICE[(a)+(b)+(c)]** | **6,522.50** (1) |

(2) **DOWN PAYMENT**

| | |
|---|---|
| d. Cash Down payment | 800.00 |
| e. Deferred Down payment** | 200.00 |
| f. Net Trade In Allowance | |
| Gross Trade In | N/A |
| Less Payoff | N/A |
| Net Trade In | N/A |
| **TOTAL DOWN PAYMENT [(d)+(e)+(f)]** | **1,000.00** (2) |

If Total Down Payment is negative enter $0.00 and insert that amount on 4(o).

(3) **UNPAID CASH PRICE [(1)-(2)]** _____ **5,522.50** (3)

(4) **AMOUNT PAID TO OTHERS ON YOUR BEHALF**

| | | |
|---|---|---|
| g. Official Fees to Government Agencies | Title Fee | 18.00 |
| h. To N/A for Extended Service Contract* | | N/A |
| i. To Insurance Company for Credit Life Premium* | | N/A |
| j. To Insurance Company for Credit Disability Premium* | | N/A |
| k. To N/A for Debt Cancellation Agreement* | | N/A |
| l. N/A | | N/A |
| m. N/A | | N/A |
| n. N/A | | N/A |
| o. N/A | | N/A |
| **TOTAL PAID TO OTHERS [(g)+(h)+(i)+(j)+(k)+(l)+(m)+(n)+(o)]** | | **18.00** (4) |

(5) **TOTAL AMOUNT FINANCED [(3)+(4)]** _____ **5,540.50** (5)

*Seller May Retain A Portion of These Amounts
** You agree to make deferred payments as part of the cash down payment as reflected in your Payment Schedule.

**DEBT CANCELLATION AGREEMENT ("GAP").** A debt cancellation, or "GAP" agreement is not required to obtain credit. Please sign below if you wish to buy a debt cancellation agreement. Type/Name of Provider of Debt Cancellation Agreement: __N/A__

Initial Term: __N/A__     Fee for Initial Term: __N/A__

☐ If this box is checked, the following also applies: the initial term of coverage for the Debt Cancellation Agreement, the cost of which is shown above and in Item 4k of the Itemization of Amount Financed, is less than the term of your contract. The term of the Debt Cancellation Agreement is _____.

By signing below, you acknowledge that you have been provided with a copy of the Debt Cancellation Agreement, that you agree to its terms and that you wish to purchase it.

*Jacqueline W. Edwards*
Signature of Buyer Requesting Coverage                                     Date

_____
Signature of Co-Buyer Requesting Coverage                                  Date

Initials _____ / __N/A__ / _____      Page 2 of 4 (of document 262651)
        Buyer   Co-Buyer   Seller

FZ-GA-RIC-PCA 06/15    PreComputed Interest Retail Installment Contract    © 2015 Frazer Computing, Inc.

From: unknown    Page: 5/11    Date: 10/19/2016 11:26:56 AM

**Davis, Ann**

---

| | |
|---|---|
| **From:** | Renfroe, Jennifer <JRenfroe@maconbibb.us> |
| **Sent:** | Wednesday, October 19, 2016 10:04 AM |
| **To:** | Davis, Ann |
| **Subject:** | RE: 1630457_Proof of C_6_20161019044149270.pdf |


VQ12 5957           GENERAL VEHICLE DETAIL         10/19/16 10:01:52

1FMPU16L11LA64392    Title 778665161090963  CURRENT TITLE, NOT HELD
2001 FORD EXPEDITION   MP Color  RED/RED Fuel G  Cyl  8  Odom 0000000 4  USED
VID/Tax Code 105071     Valuation      1300  County  040 WALTON      01
Purchase Dt  03/16/2016  Appl Date  04/18/2016 Print Dt 05/05/2016Y
Owner ID   000035022776  Owners 01  Liens  01
Tax: TAVT

  JACQUELINE WARD EDWARDS
  162 LOUISE DR                       DOB: 04/03/1970
  MONROE, GA 306564745

Tag Nbr  RAR8786       Iss Dt 04/22/2016  Exp Dt 04/03/2017  Weight    0
Category  AA - PASSENGER CAR/LIGHT TRUCKS   Use Code  PASS
Insurance:  VALID INSURANCE COVERAGE
Status    ACTIVE           04/22/2016   Decal    13354511    Farm: N
 VQ30 5957           LIEN DETAIL             10/19/16 10:02:25
            1FMPU16L11LA64392        Fuel G
Cust ID 000035022776             2001  FORD  EXPEDITION
 JACQUELINE WARD EDWARDS
Cust ID

Title 778665161090963  Xfer Date 03/16/2016  Print Date 05/05/2016  Owners  1
Lien   1 OF 1

Lienholder ID:  001114803453
 JUST FOR FUN AUTO SALES
Lienholder ID:

Lienholder ID:

Lienholder Address:  1841 HIGHWAY 11 NW
           MONROE         GA  306564679
VQ17 5957          TITLE HISTORY          10/19/16 10:02:38

1FMPU16L11LA64392     2001 FORD EXPEDITION   MP
CMD
   JACQUELINE WARD EDWARDS

  Title 778665161090963 Status CURRENT TITLE, NOT HELD      Odom 0000000
  Purch 03/16/2016      05/05/2016Y  Owners  1 Lease Y   Lien 001114803453

1

VF91 5957              SERVICES FOR VEHICLE              10/19/16 10:03:00

1FMPU16L11LA64392        2001 FORD EXPEDITION            MP
Services Performed From 10/19/2015 to 10/19/2016        Page  1 of  1

| Sel | Customer | Date | Srv | Title/Tag | User | Fees | |
|---|---|---|---|---|---|---|---|
| | J. EDWARDS | 04/18/2016 | EDT | 771995072418046 | | $ETR8540 | 0.00 |
| | J. EDWARDS | 04/18/2016 | GTT | 778665161090963 | | $ETR8540 | 28.00 |

---

**From:** Davis, Ann [mailto:adavis@chapter13macon.com]
**Sent:** Wednesday, October 19, 2016 9:38 AM
**To:** Renfroe, Jennifer <JRenfroe@maconbibb.us>
**Subject:** 1630457_Proof of C_6_20161019044149270.pdf

Jennifer, please see the attached for a title history.

Thanks,
Ann

2